ASE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>Erick MARTINEZ,<br><br>                Defendant. | Case No.:  25MJ8583-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assault on Federal Officer<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about July 11, 2025, within the Southern District of California, defendant, Erick MARTINEZ, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with the person(s) named in Title 18, United States Code, Section 111, to wit: Department of Homeland Security, United States Border Patrol Agent K. Keldsen, in that defendant struck Agent Keldsen in the jaw, while Agent Keldsen was engaged in the performance of their official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Probable Cause Statement, incorporated herein by reference.

_____
JOEL MERINO
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 14th day of July, 2025.

_____
HON. LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
2       v.
3  Erick MARTINEZ

**PROBABLE CAUSE STATEMENT**

I, Border Patrol Agent, Danya Nunez Gongora, declare under penalty and perjury that the following statement is true and correct:

On July 11, 2025, Border Patrol Agent (BPA) K. Keldsen was conducting anti-smuggling duties in Zone 13 of Calexico Station's Area of Responsibility. At approximately 9:25 A.M., BPA Keldsen was conducting surveillance near the intersection of Imperial Avenue and 5th Street, approximately 0.33 miles directly north of the Calexico West Port of Entry. During this time, BPA Keldsen observed an individual, later identified as Erick MARTINEZ (MARTINEZ), standing near a commercial building. BPA Keldsen observed MARTINEZ standing with a group of individuals smoking an unknown substance from a glass pipe. Due to BPA Keldsen's training and experience, he is aware of narcotic users using glass pipes to smoke illicit narcotics.

BPA Keldsen approached the group of individuals and identified himself as a Border Patrol Agent as he showed his badge. BPA Keldsen observed a male individual hand the pipe to a female sitting on the ground and MARTINEZ grabbed the pipe from the female and began walking eastbound onto oncoming traffic crossing Imperial Avenue. BPA Keldsen commanded MARTINEZ to stop multiple times which he ignored. MARTINEZ yelled at BPA Keldsen "Fuck you, I'll whoop your ass and take that gun from you." MARTINEZ then proceeded to stand angled with one foot placed in front of the other wider than shoulder-width apart in a fighting position with clenched fists when he punched BPA Keldsen on the left side of his jaw with his right fist. BPA E. Ruiz happened to be traveling northbound on Imperial Avenue while off duty and witnessed MARTINEZ strike BPA Keldsen. With the assistance of BPA Ruiz, both Agents were able to secure MARTINEZ.

MARTINEZ was placed under arrest and transported to the Calexico Border Patrol Station for further processing. Upon MARTINEZ's arrival, a thorough search was conducted

and Agents discovered a glass pipe along with a bag containing a crystal-like substance in MARTINEZ's pant pocket. The crystal-like substance was tested with the NARK II (Narcotics Analysis Reagent Kit) and showed a positive result for the characteristics of methamphetamine. BPA Kelsen sought medical care following the assault.

During a post-Miranda statement, MARTINEZ stated he was being followed by someone while exchanging money. MARTINEZ stated he was being followed because the agent wanted his money. MARTINEZ was advised that he was approached by an agent because he was seen with a glass pipe. MARTINEZ stated it did not matter that he had a pipe, and that the agent cannot be "showing his little badge" and asking questions. MARTINEZ stated: "the fact that he's following me around and I have money and just 'cause he saw something, and he wants it, yeah it's alright for me to punch him in his fucking face." MARTINEZ stated he felt like he was being robbed of his money. MARTINEZ stated all he had was five dollars and the agent was "urging" for his money. MARTINEZ denied being in possession of methamphetamine. Agents then advised that when he was searched there was methamphetamine in his possession and MARTINEZ stated he had methamphetamine because he "took it from everybody." Record checks revealed MARTINEZ has multiple convictions from 2018 to 2025 for various offenses including vandalism, battery, petty theft, possession of a stolen vehicle, vehicle theft, possession of controlled substance, obstruction of a public officer, and second-degree burglary.

Executed on July 12, 2025, at 11:30 a.m.

_____
DANYA NUNEZ GONGORA
BORDER PATROL AGENT

On the basis of the facts presented in this probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on July 11, 2025, in violation of Title 18, United States Code, Section 111.

_____
HON. MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE

July 12, 2025 / 3:09 p.m.
Date/Time

3